IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:18mc3842-ECM |
| ) | |
| SURGE STAFFING, ) | |
| ) | |
| Garnishee ) | |
| ) | |
| MAGALITA GELIN, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the motion to dismiss (doc. 6) filed on January 29, 2019, and for good cause, it is

ORDERED that the motion to dismiss (doc. 6) be and is hereby GRANTED and the Writ of Garnishment be and is hereby DISMISSED.

The Clerk of the Court is DIRECTED to close this matter.

DONE this 30th day of January, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE